FILED
AUG - 4 2008
Clerk, U.S. District and Bankruptcy Courts

RECEIVED

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALASKA,<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, in his official capacity as the Secretary of the United States Department of the Interior, H. DALE HALL, in his official capacity as the Director of the United States Fish and Wildlife Service, and UNITED STATES FISH AND WILDLIFE SERVICE,<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>Defendants. | CIVIL ACTION NO.:<br><br>Case: 1:08-cv-01352<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 8/4/2008<br>Description: Admn. Agency Review |

## PRAECIPE
## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT:

The following attorneys enter their appearance in the above-referenced matter, and request service of all filings at their e-mail addresses below. They are admitted under LCvR83.2(f):

Talis J. Colberg, Alaska Bar No. 8411106
Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
attorney.general@alaska.gov

Bradley E. Meyen, Alaska Bar No. 8506067
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5100
brad.meyen@alaska.gov

The following attorneys enter their appearance in the above-referenced matter, and request service of all filings at their e-mail addresses below. They are admitted under LCvR83.2(a):

William G. Myers, III, D.C. Bar No. 408573
Holland & Hart LLP
100 South Capitol Bldv., Suite 1400
Boise, ID 83702
(208) 342-5000
wmyers@hollandhart.com

Craig D. Galli, D.C. Bar No. 414395
Holland & Hart LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111
(801) 799-5800
cgalli@hollandhart.com

Dated this _4TH_ day of August, 2008.

HOLLAND & HART LLP

By: _/s/ C. Galli_
Craig D. Galli (D.C. Bar No. 414395)
Holland & Hart LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111-1031
Telephone: (801) 799-5800
Facsimile: (801) 364-9124
Email: cgalli@hollandhart.com

William G. Myers III (D.C. Bar No. 408573)
Holland & Hart LLP
101 S. Capitol Boulevard, Suite 1400
Boise, ID 83702-7714
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Email: wmyers@hollandhart.com

TALIS J. COLBERG
ATTORNEY GENERAL

By: *[signature: Bradley E. Meyen]*
    Bradley E. Meyen (Alaska Bar No. 8506067)
    Assistant Attorney General
    Department of Law
    1031 W. 4th Avenue, Suite 200
    Anchorage, AK 99501
    Telephone: 907-269-5100
    Facsimile: 907-279-2834
    Email: brad.meyen@alaska.gov
    Attorneys for Plaintiff State of Alaska