1 | RONALD J. TENPAS
Assistant Attorney General
2 | United States Department of Justice
Environment & Natural Resources Division
3 | JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
4 | KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
5 | Environment & Natural Resources Division
Wildlife and Marine Resources Section
6 | Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
7 | Telephone: (202) 305-0340
Facsimile: (202) 305-0275
8 | Kristen.Floom@usdoj.gov

9 | Attorneys for Defendants

10 | **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

11

12 | STATE OF ALAKA,                        ) Case No. 08-881 (EGS)

                    Plaintiff,             )
13                                          )

                    vs.                     ) **DEFENDANTS' NOTICE OF**
14                                          ) **APPEARANCE**

        DIRK KEMPTHORNE, United States    )
15 | Secretary of the Interior, <u>et al.</u>,   )
                                            )
16                  Defendants.             )

17

18 | To the Court, the parties, and their attorneys of record:

19 |        PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as counsel for the

20

21 | Defendants in the captioned matter.  Copies of future filings, notices, and decisions should be

22 | sent to Ms. Floom as indicated below.

23 |        Service by U.S. Mail:

24 |        Kristen Byrnes Floom
        United States Department of Justice
25 |        Environment and Natural Resources Division

26 |        Ben Franklin Station
        P.O. Box 7369
27 |        Washington, D.C.  20044-7369

28

1

2

3          Express deliveries (Federal Express, courier, etc.):

4          Kristen Byrnes Floom
           United States Department of Justice
5          Environment and Natural Resources Division
           601 D Street, N.W.
6          Room 3916
           Washington, D.C.  20004

7          Telephone: (202) 305-0340

8          Facsimile: (202) 305-0275

9          E-mail: Kristen.Floom@usdoj.gov

10

11
    Respectfully submitted this 13th day of August, 2008.
12
                                      RONALD J. TENPAS
13                                    Assistant Attorney General
                                      United States Department of Justice
14                                    Environment & Natural Resources Division
                                      JEAN E. WILLIAMS, Chief
15                                    LISA LYNNE RUSSELL, Assistant Chief
16
                                      /s/ Kristen Byrnes Floom
17                                    KRISTEN BYRNES FLOOM, Trial Attorney
18                                    DC Bar No. 469615
                                      United States Department of Justice
19                                    Environment & Natural Resources Division
                                      Wildlife and Marine Resources Section
20                                    Benjamin Franklin Station, P.O. Box 7369
                                      Washington, DC 20044-7369
21                                    Telephone: (202) 305-0340
                                      Facsimile: (202) 305-0275
22                                    Kristen.Floom@usdoj.gov
23
                                      Attorneys for Defendants
24

25

26

27

28

                                      2