RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF ALAKA, ) | Case No. 08-1352 (EGS) |
| Plaintiff, ) | |
| vs. ) | **DEFENDANTS' NOTICE OF APPEARANCE** |
| DIRK KEMPTHORNE, United States Secretary of the Interior, <u>et al.</u>, ) | |
| Defendants. ) | |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Floom as indicated below.

Service by U.S. Mail:

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

Express deliveries (Federal Express, courier, etc.):

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Room 3916
Washington, D.C. 20004

Telephone: (202) 305-0340

Facsimile: (202) 305-0275

E-mail: Kristen.Floom@usdoj.gov

Respectfully submitted this 13th day of August, 2008.

    RONALD J. TENPAS
    Assistant Attorney General
    United States Department of Justice
    Environment & Natural Resources Division
    JEAN E. WILLIAMS, Chief
    LISA LYNNE RUSSELL, Assistant Chief

    <u>/s/ Kristen Byrnes Floom</u>
    KRISTEN BYRNES FLOOM, Trial Attorney
    DC Bar No. 469615
    United States Department of Justice
    Environment & Natural Resources Division
    Wildlife and Marine Resources Section
    Benjamin Franklin Station, P.O. Box 7369
    Washington, DC 20044-7369
    Telephone: (202) 305-0340
    Facsimile: (202) 305-0275
    Kristen.Floom@usdoj.gov

    Attorneys for Defendants